UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BONITA D. GRIER,

        Plaintiff,

vs.

Case No. 11-CV-15694

HON. GEORGE CARAM STEEH

AMERICREDIT FINANCIAL
SERVICES, INC.,

        Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [DOC. 6]

On February 10, 2012, defendant filed a motion to dismiss or for summary judgment in the above-captioned matter. Plaintiff failed to file a response within 21 days, as required by LR 7.1(d)(1). The court issued an order for plaintiff to show cause why her case should not be dismissed for the reasons stated in defendant's motion, and plaintiff did not respond as ordered. Now, therefore,

IT IS HEREBY ORDERED that defendant's motion to dismiss is GRANTED.

Dated: March 28, 2012

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 28, 2012, by electronic and/or ordinary mail and also to Bonita D. Grier at 31012 Parkwood Street, Westland, MI 48186.

s/Marcia Beauchemin
Deputy Clerk